**FILED**
APR 06 2011


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-40038 |
| Plaintiff, | |
| | ORDER SEALING CASE |
| vs. | |
| WILLIAM "BILL" STEGMEIER, | |
| Defendant. | |

---

Upon motion of the United States and good cause having been shown, it is hereby

ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(4), that the case in the above-entitled matter be sealed until such time as the Defendant William "Bill" Stegmeier charged therein is brought before this or any other court of competent jurisdiction for initial appearance, or until it is otherwise ordered unsealed.

IT IS FURTHER ORDERED that this Order and the United States' Motion to Seal are sealed until the case is unsealed by operation of the Defendant William "Bill" Stegmeier's initial appearance or otherwise ordered unsealed.

Dated this 6 day of April, 2011.

BY THE COURT:

_____
JOHN E. SIMKO
United States Magistrate Judge